PEDERSEN and JACKSON
Attorneys at Law
161 5th Avenue South, Suite 301
P. O. Box 2349
Twin Falls, ID 83303-2349
208/734-2552

Attorney for:   Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON **TROWBRIDGE**, and JAIME TROWBRIDGE, individually and as natural parents of J.N.T., a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>**UNITED STATES OF AMERICA**, and JOHN DOE and JANE DOE, husband and wife, I through X, and BUSINESS ENTITIES I through X,<br><br>Defendant. | Case No. _____<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

Plaintiffs complain and allege as follows:

### A. PARTIES

1.   Plaintiffs JASON TROWBRIDGE and JAIME TROWBRIDGE, bring this suit individually and as natural parents of J.N.T., a minor child and all reside in the City of Twin Falls, County of Twin Falls, State of Idaho.

2.   Defendant, the United States of America, may be served by delivering a copy of the summons and of the Complaint to the

COMPLAINT AND DEMAND FOR JURY TRIAL - 1

United States Attorney for the District of Idaho. Defendant may also be served by sending a copy of the Summons and of the Complaint by registered or certified mail to the Attorney General of the United States at Washington, District of Columbia and by also sending a copy of the Summons and of the Complaint by registered or certified mail to the officer or agency whose action is attacked in this suit, but who is not made a party to this suit.

### B. JURISDICTION

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1346(b)(1) since this action involves a claim against the United States, for money damages, accruing on and after January 1, 1945, for personal injury caused by the negligent and/or wrongful act or omission of an employee of the Government while acting within the scope of his office or employment. This Court also has supplemental jurisdiction over the claims against other known and unknown defendants which claims are part of the same case or controversy pursuant to Article 3 of the United States Constitution.

4. Venue is proper in the Federal District Court for the District of Idaho pursuant to 28 U.S.C. § 1391 (e)(2) because the incident occurred in the State of Idaho. Venue should be in the southern calendar pursuant to local Rule 3.1.

PEDERSEN and JACKSON
ATTORNEYS AT LAW
161 5TH AVENUE SOUTH, SUITE 301
BOX 2349
TWIN FALLS, ID 83303-2349
PHONE 208/734-2552

COMPLAINT AND DEMAND FOR JURY TRIAL - 2

## C. CONDITIONS PRECEDENT

5. Plaintiffs timely presented this claim in writing to the Department of Health & Human Services - claims office. The Department of Health & Human Services failed to make a final disposition of the claim within six months after it was presented pursuant to 28 U.S.C. § 2675(a).

## D. FACTUAL CONTENT

6. On or about August 3, 2004, Plaintiff Jaime Trowbridge at 40+ weeks gestation was seen by Dr. Samuel Ogden of Family Health Services wherein he stripped her membranes with the plan to cause spontaneous labor.

5. On August 5, 2004, at approximately 8:00 a.m., Plaintiff Jaime Trowbridge presented to Magic Valley Regional Medical Center for induction of labor. Jaime Trowbridge was started on Pitocin and artificial rupture of the membranes was performed.

6. The labor process continued. The child then encountered fetal distress and was finally delivered on August 6, 2004, by emergent c-section. The child was taken to the Neonatal Intensive Care Unit for evaluation and management and remained there for approximately 4 weeks.

7. The Plaintiffs' child is developmentally delayed and has been diagnosed with Cerebral Palsy.

PEDERSEN and JACKSON
ATTORNEYS AT LAW
161 5TH AVENUE SOUTH, SUITE 301
BOX 2349
TWIN FALLS, ID 83303-2349
PHONE 208/734-2552

COMPLAINT AND DEMAND FOR JURY TRIAL - 3

### E. ALLEGATIONS

### COUNT ONE - FEDERAL TORT CLAIMS ACT

8.  At all times material hereto Defendant Samuel Ogden, M.D. has been a physician holding himself out as duly licensed to practice his profession under and by virtue of the laws of the United States and was engaged in the practice of his profession in the City of Twin Falls, County of Twin Falls, State of Idaho. Dr. Ogden was employed by the United States government at the time of the injury in question and was acting within the course and scope of his office or employment when he committed the acts alleged herein. Under the laws of the State of Idaho, a private person would be liable to Plaintiffs for this act or omission. Pursuant to 28 U.S.C. §1346(b), the United States is liable to Plaintiffs for their damages as set forth herein.

9.  At all times material hereto Defendant Family Health Services is a governmental entity and is operated by the United States government providing services to the medically underserved, with its principal place of operation situated in and doing business through its agents, servants, management, staff, directors and/or employees in the City of Twin Falls, County of Twin Falls, State of Idaho. Family Health Services was operated and/or funded by the United States government at the time of the injury in question and was acting within the course and scope of its office or employment when the acts alleged herein were committed. Under the laws of the State of Idaho, a governmental

PEDERSEN and JACKSON
ATTORNEYS AT LAW
161 5TH AVENUE SOUTH, SUITE 301
BOX 2349
TWIN FALLS, ID 83303-2349
PHONE 208/734-2552

COMPLAINT AND DEMAND FOR JURY TRIAL - 4

entity would be liable to Plaintiffs for this act or omission. Pursuant to 28 U.S.C. §1346(b), the United States is liable to Plaintiffs for their damages as set forth herein.

10.  The true names and capacities of Defendants John Doe and/or Jane Doe, husband and wife, I through X, and Business Entities I through X, are individuals, corporations, partnership, limited liability companies, or other business organizations whose true names and identities are unknown to Plaintiffs, but who are or may be liable to Plaintiffs based upon the events and occurrences alleged herein.  These parties are joined as defendants under the fictitious names indicated pursuant to Federal Rule of Civil Procedure 10(a), and at such time as their true names, identities and involvement are discovered by Plaintiffs, leave will be sought to amend this Complaint to allege their true names, identities and involvement.

11.  The professional and business relationships of Defendants to one another is not known to Plaintiffs at this time.

## COUNT TWO

12.  Plaintiffs reallege the allegations contained in paragraphs 1 through 11 herein.

13.  Defendants, jointly and severally, were negligent, grossly negligent and/or reckless in the manner in which they provided and/or failed to provide information, services and treatment to Plaintiff Jaime Trowbridge and her minor daughter J.N.T.; such acts and/or omissions proximately caused Plaintiffs

PEDERSEN and JACKSON
ATTORNEYS AT LAW
161 5TH AVENUE SOUTH, SUITE 301
BOX 2349
TWIN FALLS, ID 83303-2349
PHONE 208/734-2552

COMPLAINT AND DEMAND FOR JURY TRIAL - 5

to suffer damages.

14. Plaintiffs are entitled to an award of damages, both special and general, in an amount to be proven at trial.

### COUNT THREE

15. Plaintiffs reallege the allegations contained in paragraphs 1 through 14 herein.

16. It has been necessary for Plaintiffs Jason and Jaime Trowbridge to hire the firm Pedersen and Jackson to prosecute this action.

17. Plaintiffs are entitled to reasonable attorney fees in the event they are the prevailing party in this action, pursuant to Idaho Code § 12-121, the applicable rules of the Idaho Rules of Civil Procedure and the applicable Federal law and Federal Rules of Civil Procedure.

### F. DAMAGES

18. As a proximate and/or producing result of Defendants' acts, Plaintiffs have suffered substantial injuries and damages.

19. The damages complained of may have been caused by multiple factors but Defendants' acts, jointly and severally, were substantial factors in causing the damages.

20. There are certain elements of damages provided by law that Plaintiffs are entitled to have the jury in this case separately consider in determining the sum of money that will fairly and reasonably compensate them for their injuries and damages; those elements of damage include the following, both up

COMPLAINT AND DEMAND FOR JURY TRIAL - 6

to the time of trial and beyond:

    A.   Medical expenses necessarily incurred and to be incurred in the treatment of J.N.T.;

    B.   Travel expenses necessarily incurred and to be incurred in securing treatment for J.N.T.;

    C.   The reasonable amount necessary to reimburse Plaintiffs Jason and Jaime Trowbridge for time spent on additional tasks necessitated by this injury such as traveling to healthcare providers and other tasks related to J.N.T.'s recovery;

    D.   Expenses necessarily incurred and to be incurred because of J.N.T.'s permanent physical impairment and her resulting inability to do those tasks and services that she ordinarily would have been able to perform;

    E.   The physical pain and suffering J.N.T. has endured and will continue to endure because of the severe and permanent injury she sustained;

    F.   The disfigurement which J.N.T. has suffered and will continue to suffer;

    G.   The mental anguish and severe emotional distress J.N.T. has suffered and will continue to suffer;

    H.   Reasonable attorney fees; and

    I.   For the costs of prosecuting and presenting the evidence in this case.

21.   Plaintiffs respectfully request that a jury determine the amount of the losses they have incurred in the past and will incur in the future.

**PRAYER**

WHEREFORE, Plaintiffs pray for judgment in their favor and against Defendants, jointly and severally, for:

    A.   as to all Counts: damages, both special and general, in favor of Plaintiffs in an amount to be determined at trial;

PEDERSEN and JACKSON
ATTORNEYS AT LAW
161 5TH AVENUE SOUTH, SUITE 301
BOX 2349
TWIN FALLS, ID 83303-2349
PHONE 208/734-2552

COMPLAINT AND DEMAND FOR JURY TRIAL - 7

B.    reasonable attorney fees;

C.    costs of prosecuting and presenting the evidence of this case; and

D.    such other and further relief as the Court deems just and proper.

### DEMAND FOR JURY TRIAL

Plaintiffs hereby demand trial by a jury on all issues in the above-entitled matter.

DATED this 18th day of January, 2007.

PEDERSEN and JACKSON

*[signature]*

Robert L. Jackson, ISB #3010
Attorneys for Plaintiffs

PEDERSEN and JACKSON
ATTORNEYS AT LAW
161 5TH AVENUE SOUTH, SUITE 301
BOX 2349
TWIN FALLS, ID 83303-2349
PHONE 208/734-2552

COMPLAINT AND DEMAND FOR JURY TRIAL - 8