# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

JASON TROWBRIDGE and JAIME TROWBRIDGE, individually and as natural parents of J.N.T., a minor child,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA, and ST. LUKE'S MAGIC VALLEY REGIONAL MEDICAL CENTER fka MAGIC VALLEY REGIONAL MEDICAL CENTER,

    Defendants.

Case No. CV 07-32-S-REB

**ORDER FOR DISMISSAL WITH PREJUDICE OF MAGIC VALLEY REGIONAL MEDICAL CENTER NKA ST. LUKE'S MAGIC VALLEY REGIONAL MEDICAL CENTER**

    This cause coming on at this time on stipulation between Plaintiff and Defendant Magic Valley Regional Medical Center nka St. Luke's Magic Valley Regional Medical Center, through their respective counsel of record;

    IT IS HEREBY ORDERED that the above-entitled action be dismissed with prejudice as to Magic Valley Regional Medical Center nka St. Luke's Magic Valley Regional Medical

Center, on the ground and for the reason that the same has been fully compromised and settled, both parties to bear their own costs and attorney's fees.



DATED: **April 3, 2009**

_____
Honorable Ronald E. Bush
U. S. Magistrate Judge