**FILED**

**DEC 28 2010**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JASON TROWBRIDGE; et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>Defendants - Appellees. | No. 10-35843<br><br>D.C. No. 1:07-cv-00032-REB<br>District of Idaho,<br>Boise<br><br>ORDER |

The parties' joint motion to voluntarily dismiss this appeal is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

By: Margaret A. Corrigan
Circuit Mediator

mac/mediation